IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:22cr179-MHT |
| | ) | (WO) |
| ERIC J. SURLS | ) | |

OPINION AND ORDER

Defendant Eric J. Surls moved to suppress evidence obtained during a search of his vehicle as a violation of the Fourth Amendment. This case is before the court on the recommendation of the United States Magistrate Judge that Surls's motion to suppress be denied. Also before the court are Surls's objections to the recommendation. Upon an independent and de novo review of the record, including a review of the transcript of the hearing before the magistrate judge (Doc. 37), the court concludes that the objections should be overruled and the recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (Doc. 45) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 41) is adopted.

(3) The motion to suppress (Doc. 19) is denied.

DONE, this the 23rd day of February, 2023.

                                       /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE