IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )      2:22cr179-MHT
                            )           (WO)
ERIC J. SURLS               )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 60 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Eric J. Surls to receive mental-health treatment in accordance with the detailed recommendations of Dr. Ashlee Zito.  *See* Forensic Psychological Evaluation (Doc. 100-1) at 17-18.  Such treatment shall begin with a psychiatric consultation to determine defendant Surls's psychotropic medication needs, if any.  Treatment shall include, at least at the beginning, weekly sessions of individual psychotherapy (with a focus on achieving symptom

stability, developing adaptive coping skills, maintaining sobriety, and transitioning to life outside of confinement). The mental-health provider shall be someone with expertise and experience in treating depression and trauma symptoms. Defendant Surls's treatment shall also include participation in Alcoholics Anonymous, Narcotics Anonymous, or a comparable program.

(2) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Surls is faring.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health practitioner treating defendant Surls receives a copy of the psychological evaluation conducted by Dr. Ashlee Zito, see Forensic Psychological Evaluation (Doc. 100-1).

DONE, this the 6th day of October, 2023.

                                       /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE